FILED IN OPEN COURT
ON 6/7/18 SLT
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00272-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| TYKEE DEMAR STOREY | : |

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement by the defendant on March 14, 2018, and further evidence of record as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), and 21 U.S.C. § 853, to wit:

a) $3,400.00, which represents proceeds the defendant obtained directly or indirectly as a result of the offense listed in Count Ten, and for which the United States may forfeit substitute assets;

b) Harrington and Richardson, Model 732, .32 caliber revolver, bearing Serial Number AU065839; and

c) Any and all related ammunition;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of

1

said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the agreement contained in the Memorandum of Plea Agreement as to the defendant, the United States is hereby authorized to seize the above-stated personal property, and they are hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3);

2. That based upon the defendant's guilty plea and agreement, the above-listed $3,400.00 which was agreed to by the parties as representing the value of proceeds the Defendant personally obtained as a result of his offense, and for which the United States may forfeit substitute assets, and the firearm and ammunition, are forfeited to the United States for disposition in accordance with the law; and

3. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

Upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant immediately.

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 7 day of _____, 2018.

LOUISE W. FLANAGAN
United States District Judge